# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 19-10447 | JCO | Judge: | Jerry C Oldshue | Trustee Name: | D. Parker Sweet |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Centralite Systems Inc. | | | | Date Filed (f) or Converted (c): | 02/08/2019 (f) |
| | | | | | 341(a) Meeting Date: | 03/11/2019 |
| For Period Ending: | 11/03/2022 | | | | Claims Bar Date: | 05/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings, money market, or financial brokerage accounts<br><br>BBVA Compass Checking #...3480 | 5,349.09 | 10,021.64 | | 10,021.64 | 0.00 |
| 2. Checking, savings, money market, or financial brokerage accounts<br><br>Hancock Bank Checking #...6719 | 7,693.40 | 52,059.61 | | 52,923.42 | 0.00 |
| 3. Deposits, including security deposits and utility deposits<br><br>Deposits, including security deposits and utility deposits<br>7.1<br><br>Jabil Circuits Inc. | 188,000.00 | Unknown | | 0.00 | Unknown |
| 4. Deposits, including security deposits and utility deposits<br><br>7.2 Flextronics Intenational Inc.<br><br>Deposit set off against claim of Flextronics (claim #28) per Order entered 10/09/19 (Doc. 110). | 200,000.00 | 0.00 | | 0.00 | FA |
| 5. Accounts Receivable<br><br>11a. 90 days old or less | 144,601.89 | Unknown | | 41,708.22 | Unknown |
| 6. Accounts Receivable<br><br>11.b Over 90 days old | 83,848.81 | Unknown | | 0.00 | Unknown |
| 7. Inventory, excluding agriculture assets<br><br>19. Raw Materials<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 1,294,586.71 | 221,489.73 | | 221,489.73 | FA |
| 8. Finished Goods<br><br>21. Finished Goods<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 403,875.56 | 84,926.73 | | 84,926.73 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-10447 | JCO | Judge: | Jerry C Oldshue | Trustee Name: | D. Parker Sweet |
|---|---|---|---|---|---|---|
| Case Name: | Centralite Systems Inc. | | | | Date Filed (f) or Converted (c): | 02/08/2019 (f) |
| | | | | | 341(a) Meeting Date: | 03/11/2019 |
| For Period Ending: | 11/03/2022 | | | | Claims Bar Date: | 05/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Other Inventory<br><br>Other inventory<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 5,000.00 | 855.45 | | 855.45 | FA |
| 10. Office equipment, including all computer equipment and communication systems equipment and software<br><br>Schedule A/B, Part 7, Line 41.<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 168,143.14 | 28,767.47 | | 28,767.47 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access<br><br>BMW X5 2016<br><br>Relief from Stay granted by Order entered 07/18/19 (Doc. 105)<br><br>Income attributed to this asset was a partial refund of registration fees/taxes from license commissioner. | 0.00 | 281.64 | | 281.64 | FA |
| 12. Other machinery, fixtures and equipment<br><br>Hewlett Packard Financial Services Co.<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 500.00 | 85.54 | | 85.54 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-10447 | JCO | Judge: | Jerry C Oldshue | Trustee Name: | D. Parker Sweet |
|---|---|---|---|---|---|---|
| Case Name: | Centralite Systems Inc. | | | | Date Filed (f) or Converted (c): | 02/08/2019 (f) |
| | | | | | 341(a) Meeting Date: | 03/11/2019 |
| For Period Ending: | 11/03/2022 | | | | Claims Bar Date: | 05/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Any Building, other improved real estate or land which debtor owns or has an interest<br><br>1 Lot PPIN 220395; Parcel #61-06-14-0-000-001.078<br><br>Undeveloped residential lot located at 22914 Lake South Drive, Foley, AL. Lot 52A, Unit Two, Leisure Lake resubdivision of lots 52, 53, & 54, per Slide 2142-A as recorded in the probate records of Baldwin County, Alabama. | 44,000.00 | 44,000.00 | | 0.00 | 44,000.00 |
| 14. Notes receivable<br><br>James L. Busby | 71,237.50 | Unknown | | 0.00 | Unknown |
| 15. (u) Insurance - Dividends, Unearned Premiums, Refunds, Other Proceeds (u)<br><br>(unscheduled) | Unknown | 17,517.45 | | 20,362.06 | 0.00 |
| 16. (unscheduled) Deepwater Horizon Oil Spill Claim (u)<br><br>Settlement approved per Order entered 02/05/21 (Doc. 141) | Unknown | 915.14 | | 915.14 | FA |
| 17. Office furniture<br><br>Schedule A/B, Part 7, Line 39.<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91). | 25,000.00 | 4,277.23 | | 4,277.23 | FA |
| 18. Patents, copyrights, trademarks, and trade secrets<br><br>Public sale approved by Order entered 05/20/19 (Doc. 80) and confirmed by Order entered 06/18/19 (Doc. 91).<br><br>Share of auction proceeds attributed to this asset for Trustee bookkeeping purposes is derived from proration of proceeds based on scheduled value. | 2,000,000.00 | 342,178.30 | | 342,178.30 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $4,641,836.10     $807,375.93          $808,792.57     $44,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/16/19: Order authorizing appointment of attorney, DPS. (DOC 11)
02/17/19: Notice of Assets. Bar date 5/28/19 and Government Bar date 8/7/19 (Doc 12)
02/27/19: Application to employ professional person, Philip Cahoon, Chief Financial Office of the Debtor(Doc 13)
02/27/19: Application for Authority to employ professional person, Karen Swanson, Director of Finance and Human Resources of the Debtor (Doc 14)
02/27/19: Emergency Application for authority to employ professional person, Ronald Mosley (Doc 15)
02/27/19: Emergency Motion for sale of a portion of Debtor's assets (Doc 16)
03/18/19: Order granting emergency motion for sale. (Doc 26)
03/18/19: Order authorizing the employment of Philip Cahoon as consultant for the estate. (Doc 27); Ron Mosley as temporary laborer for the estate (Doc 28) ; and Karen Swanson as consultant for the estate (Doc 29).
03/28/19: Emergency Joint Motion for Authorization and Approval to Enter into Software Deposit and License Supplementary Agreement- the Trustee will provide the Cloud Platform to Smart Solutions (Doc 37)
04/11/19 Trustee's Notice of Proposed Private Sale of Estate Assets. Assemblies and components associated with the Elegance/Jetstream products apparently omitted from the inventories used to compile the pending proposed public auction.(Doc 51)
04/12/19: Weisenburgh Co. Inc. Motion for order directing payment of post-petition rent and for relief from automatic Stay (Doc 53)
04/12/19: Application for Administrative expenses (Doc 54)
04/15/19: Motion for Authority to Pay Utilities Expenses on Ongoing Basis (Doc 60)
04/18/19: Amended Notice of Proposed Public Sale of Estate Assets (Changing previous deadlines) (Doc 64)
04/23/19: Application for Compensation for Estate Professional, Shipping Supervisor Ron Mosley, filed (Doc 67)
05/08/19: Order authoring Trustee to pay post-petition utilities expenses (Doc 73)
05/15/19: Sealed bid auction of estate property held.
05/20/19: Order granting motion for order directing payment of post-petition rent (Doc 78)
05/20/19: Order Denying Motion for Relief from the automatic stay (Doc 79)
05/20/19: Order approving sale (Doc 80)
05/24/19: Had conference call with representatives and counsel for Comporium re: acceptance of winning auction bid by secured parties, procedures for resolving competing secured claims, need for Comporium to file POC
05/31/19: Motion for Order Confirming Public Sale of Estate Property Best bid tendered by EZLO Innovation LC in the gross amount of $755k (DOC 85)


12/12/19: Orders entered granting applications for compensation for Karen Swanson and Philip Cahoon (Doc. 121, 122)

01/07/20: Order entered granting application to employ Warren Averett as accountant for the estate (Doc. 127).

01/23/20: Phone call with representative of secured creditor Comporium re: resolving potentially competing secured claims to sale proceeds by Comporium and Arrow.

01/31/20: Status update: drafting AP complaint to determine extent and relative priority of secured claims by Comporium and Arrow. Form 1 Report filed.

06/19/20: Phone call with Jake Roberts and Ellen Ostrow re: outlining agreement as to division of sales proceeds between competing secured claims of Arrow and Comporium (30 mins).

11/19/20: Filed motions to employ Special Counsel Cunningham Bounds, approve settlement of Deepwater Horizon/BP claim, and approve compensation (Doc. 132, 133, 134).

02/05/21: Orders entered approving settlement of Deepwater Horizon oil spill claim, approving employment of Special Counsel Cunningham Bounds, and approving compensation to Special Counsel (Doc. 141, 142, 143)

03/27/21: Emails to/from Ellen Ostrow re: revisions to draft settlement motion.

05/10/21: Filed application for administrative expenses to authorize payment of post-petition HOA dues and assessments (Doc. 147)

06/03/21: Status update - Settlement of competing secured claims ongoing; motion pending to authorize payment of HOA dues on lot in Baldwin County in order to clear title for potential sale; ARs remaining outstanding but likely uncollectible. Form 1 Report filed.

06/21/21: Order entered authorizing payment of HOA dues (Doc. 155)

09/08/21: Sent revised draft of proposed compromise agreement with suggested edits and additions to counsel for secured creditors.

12/27/21: Status update - Settlement of competing secured claims ongoing. Form 1 Report filed.

02/21/22: Phone call with counsel for Comporium re: finalizing compromise. Forwarded copy of the most recent draft with my suggested changes. Sent follow-up email to Ellen Ostrow and received response that she is out on parental leave.

02/28/22: Status update - negotiation of compromise agreement with and between secured creditors ongoing. Real property still for sale. Form 1 Report filed.

08/30/22: Submitted revised draft of motion to approve compromise to counsel for secured creditor.

11/03/22: Sent final draft of motion to approve compromise to counsel for creditor movants. Form 1 Report filed.

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

Trustee Signature:     /s/ D. Parker Sweet     Date: 11/03/2022

    D. Parker Sweet
    Chapter 7 Bankruptcy Trustee
    P.O. Box 537
    Daphne, AL 36526
    (251)626-3322
    trustee@sweetlawalabama.com