**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-10447 | Trustee Name: D. Parker Sweet |
| Case Name: Centralite Systems Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0603 |
| | Checking |
| Taxpayer ID No: XX-XXX4745 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 11/03/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/19 | 2 | Centralite Systems Inc. 1701 INDUSTRIAL PARK DRIVE MOBILE, AL 36693 | Turnover of Estate Funds by Debtor | 1129-000 | $52,059.61 | | $52,059.61 |
| 03/01/19 | 1 | Centralite Systems Inc. 1701 INDUSTRIAL PARK DRIVE MOBILE, AL 36693 | Turnover of Estate Funds by Debtor | 1129-000 | $10,021.64 | | $62,081.25 |
| 03/21/19 | 5 | Worthington Group Limited 566 Route 390 Tafton, PA 18464 | Receipt of Receivable | 1121-000 | $2,395.69 | | $64,476.94 |
| 03/21/19 | 5 | Michael's Electrical Supply Corp. 456 Merrick Road Lynbrook, New York 11563 | Receipt of Receivable | 1121-000 | $170.08 | | $64,647.02 |
| 03/21/19 | 15 | United of Omaha Life Ins. Co. 3300 Mutual of Omaha Plaza Omaha, NE 68175 | Refund of Unearned Portion of Insurance Premiums Ck #0021827163 | 1229-000 | $606.10 | | $65,253.12 |
| 03/29/19 | 5 | Worthington Group Limited 566 Route 390 Tafton, PA 18464 | Receipt of Receivable multiple pre-petition invoices, ck #55074 | 1121-000 | $2,279.68 | | $67,532.80 |
| 03/29/19 | 5 | Centralite Systems Inc. 1701 INDUSTRIAL PARK DRIVE MOBILE, AL 36693 | Receipt of Receivable transferred from debtor's account to the estate | 1121-000 | $11,028.95 | | $78,561.75 |
| 03/29/19 | 8 | Centralite Systems Inc. 1701 INDUSTRIAL PARK DRIVE MOBILE, AL 36693 | Sale of Personal Property proceeds from sale of inventory to fulfill back orders per Order entered 03/18/19 (Doc. 26) | 1129-000 | $15,563.00 | | $94,124.75 |
| 03/29/19 | 8 | G.K. Swanco, Inc. 1477 Hunters Court Mobile, AL 36695 | Sale of Personal Property proceeds from sale of inventory to fulfill back orders per Order entered 03/18/19 (Doc. 26) | 1129-000 | $265.00 | | $94,389.75 |
| 04/09/19 | 5 | Centralite Systems Inc. 1701 INDUSTRIAL PARK DRIVE MOBILE, AL 36693 | Receipt of Receivable transferred from debtor's Hancock/Whitney account, ck #2227 | 1121-000 | $9,083.26 | | $103,473.01 |
| 04/09/19 | 5 | City Electric Supply Co. P.O. Box 609521 Orlando, FL 32860-9521 | Receipt of Receivable | 1121-000 | $2,160.00 | | $105,633.01 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-10447  
Case Name: Centralite Systems Inc.  
Taxpayer ID No: XX-XXX4745  
For Period Ending: 11/03/2022  

Trustee Name: D. Parker Sweet  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0603  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/19 | 11 | Comcast Business<br>P.O. Box 71211<br>Charlotte, NC 28272-1211 | Admin. Exp. - Utilities (post-petition)<br>Per motion filed 4/15/19 (Doc. 60)<br>Acct. #8396 91 032 2466819<br><br>Authorized post hoc per Order entered 05/08/19 (Doc. 73) | 2690-000 | | $311.80 | $105,321.21 |
| 04/18/19 | 5 | Centralite Systems Inc.<br>1701 INDUSTRIAL PARK DRIVE<br>MOBILE, AL 36693 | Receipt of Receivable amounts received into Hancock/Whitney account and turned over to the Trustee by Debtor | 1121-000 | $12,223.12 | | $117,544.33 |
| 04/18/19 | 5 | Worthington Group Limited<br>566 Route 390<br>Tafton, PA 18464 | Receipt of Receivable | 1121-000 | $2,367.44 | | $119,911.77 |
| 05/10/19 | 12 | Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | Admin. Exp. - Utilities (post-petition)<br>Payment authorized per Order entered 5/8/19 (Doc. 73)<br><br>Acct. # 93704-82035 | 2690-000 | | $1,465.26 | $118,446.51 |
| 05/10/19 | 13 | Comcast Business<br>P.O. Box 2127<br>Norcross, GA 30091-2127 | Admin. Exp. - Utilities (post-petition)<br>Payment authorized per Order entered 5/8/19 (Doc. 73)<br><br>Acct. #8396 91 032 2466819 | 2690-000 | | $321.80 | $118,124.71 |
| 05/24/19 | 15 | Alabama Home Builders Self Insurers Fund<br>c/o Construction Claims Management Inc.<br><br>P.O. Box 244202<br>Montgomery, AL 36124-4202 | Receipt of Insurance Premium Refund<br>"safety credit" refund from workers' compensation policy received from insurer | 1223-000 | $2,238.51 | | $120,363.22 |
| 05/24/19 | 14 | Mobile Area Water and Sewer System<br>P.O. Box 830130<br>Birmingham, AL 35283-0130 | Admin. Exp. - Utilities (post-petition)<br>Customer # 0155045304<br><br>Payment authorized per Order entered 5/8/19 (Doc. 73) | 2690-000 | | $133.20 | $120,230.02 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10447 | Trustee Name: | D. Parker Sweet |
|---|---|---|---|
| Case Name: | Centralite Systems Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0603 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4745 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/03/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/19 | 15 | Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | Admin. Exp. - Utilities (post-petition)<br>Acct. # 93704-82035<br>Payment authorized per Order entered 5/8/19 (Doc. 73) | 2690-000 | | $940.32 | $119,289.70 |
| 05/30/19 | 16 | Spire Energy<br>P.O. Box 2224<br>Birmingham, AL 35246 | Admin. Exp. - Utilities (post-petition)<br>Account # 200001420576<br><br>Payment authorized per Order entered 5/8/19 (Doc. 73) | 2690-000 | | $61.02 | $119,228.68 |
| 05/31/19 | 11 | Nick Matranga, License Commissioner<br>P.O. Drawer 161009<br>Mobile, AL 36616 | Receipt of Receivable<br>Pro-rated refund of registration fees/tag/tax from surrender of leased vehicle. | 1129-000 | $281.64 | | $119,510.32 |
| 06/06/19 | 17 | Weisenburgh Co., Inc.<br>C/O E. Russell March, III<br>P.O. Box 1988<br>Mobile, AL 36633 | Admin. Exp. - Rent (post-petition)<br>Post-petition rent of $6,122.00/month for March-June 2019, per Order entered 05/20/19 (Doc. 78)<br><br>[This check later canceled on 06/25/19 and replaced by Check #23 issued 07/19/19] | 2410-000 | | $24,488.00 | $95,022.32 |
| 06/17/19 | 7 | EZLO Innovation, LLC | Receipt of Auction Proceeds initial $100 of deposit received via wire transfer to verify accuracy of wire instructions | 1129-000 | $100.00 | | $95,122.32 |
| 06/18/19 | 7 | Ezlo Innovation LLC | Receipt of Auction Proceeds Balance of deposit remitted via wire transfer by EZLO Innovation, LLC | 1129-000 | $75,400.00 | | $170,522.32 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10447 | Trustee Name: | D. Parker Sweet |
| --- | --- | --- | --- |
| Case Name: | Centralite Systems Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0603 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4745 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/03/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/19 | 8 | EZLO, LLC | Receipt of Auction Proceeds first $100.00 of deposit wired to the estate to verify the accuracy of the wiring instructions<br><br>[THIS IS A DUPLICATE THAT WAS LATER VOIDED. SEE REVERSING TRANSACTION ON 06/24/19] | 1129-000 | $100.00 | | $170,622.32 |
| 06/24/19 | | EZLO, LLC | Receipt of Auction Proceeds Reversal<br>Voided in order to re-record with corrected date information. | 1129-000 | ($100.00) | | $170,522.32 |
| 06/24/19 | 18 | Automatic Data Processing, Inc.<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Admin. Exp. - Utilities (post-petition)<br>per Order entered 5/8/19 (Doc. 73) | 2690-000 | | $110.05 | $170,412.27 |
| 06/25/19 | 17 | Weisenburgh Co., Inc.<br>C/O E. Russell March, III<br>P.O. Box 1988<br>Mobile, AL 36633 | Admin. Exp. - Rent (post-petition) Reversal<br>Post-petition rent of $6,122.00/month for march-June 2019, per Order entered 05/20/19 (Doc. 78) | 2410-000 | | ($24,488.00) | $194,900.27 |
| 07/08/19 | 19 | Ron Mosley<br>2300 Mcfarland Road<br>Mobile, Al 36695 | Admin. Exp. - Other Professional Compensation<br>per Order entered 07/02/19 (Doc. 99) | 2690-000 | | $575.00 | $194,325.27 |
| 07/10/19 | | HUB International Limited<br>HUB Financial Center<br>P.O. Box 2158<br>Riverside, CA 92516 | Refund of Unearned Portion of Insurance Premiums<br>RTN PRM POL B8707750 XLN<br>XLN MOBILE BOND | 1229-000 | $100.00 | | $194,425.27 |
| 07/10/19 | 20 | Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | Admin. Exp. - Utilities (post-petition)<br>Acct. #93704-82035<br>Payment authorized per Order entered 5/8/19 (Doc. 73) | 2690-000 | | $1,075.24 | $193,350.03 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10447 | Trustee Name: | D. Parker Sweet |
| --- | --- | --- | --- |
| Case Name: | Centralite Systems Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0603 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4745 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/03/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/19 | 21 | Comcast Business<br>P.O. Box 2127<br>Norcross, GA 30091-2127 | Admin. Exp. - Utilities (post-petition)<br>Account # 8396 91 032 2466819<br>Payment authorized per Order entered 5/8/19 (Doc. 73) | | 2690-000 | | $633.60 | $192,716.43 |
| 07/10/19 | 22 | Mobile Area Water and Sewer System<br>P.O. Box 830130<br>Birmingham, AL 35283-0130 | Admin. Exp. - Utilities (post-petition)<br>Account # 0155045304<br>Payment authorized per Order entered 5/8/19 (Doc. 73) | | 2690-000 | | $106.52 | $192,609.91 |
| 07/12/19 | | Ezlo Innovation LLC | Receipt of Auction Proceeds balance of sales price (as adjusted) remitted by wire transfer<br><br>Allocations of dollar amounts to specific assets are derived from a proration based on the scheduled values. | | | $591,252.45 | | $783,862.36 |
| | | | Gross Receipts | $591,252.45 | | | | |
| | 7 | | Inventory, excluding agriculture assets | $145,989.73 | 1129-000 | | | |
| | 8 | | Finished Goods | $69,098.73 | 1129-000 | | | |
| | 9 | | Other Inventory | $855.45 | 1129-000 | | | |
| | 10 | | Office equipment, including all computer equipment and communication systems equipment and software | $28,767.47 | 1129-000 | | | |
| | 12 | | Other machinery, fixtures and equipment | $85.54 | 1129-000 | | | |
| | 17 | | Office furniture | $4,277.23 | 1129-000 | | | |
| | 18 | | Patents, copyrights, trademarks, and trade secrets | $342,178.30 | 1129-000 | | | |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10447        Trustee Name: D. Parker Sweet
Case Name: Centralite Systems Inc.        Bank Name: Axos Bank
       Account Number/CD#: XXXXXX0603
       Checking
Taxpayer ID No: XX-XXX4745        Blanket Bond (per case limit): $2,000,000.00
For Period Ending: 11/03/2022        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/19 | 23 | Weisenburgh Co., Inc.<br>C/O E. Russell March, III<br>P.O. Box 1988<br>Mobile, AL 36633 | Admin. Exp. - Rent (post-petition)<br>Post-petition rent of $6,122.00/month for March-June 2019, per Order entered 05/20/19 (Doc. 78)<br><br>This check replaces canceled check #17. | 2410-000 | | $24,488.00 | $759,374.36 |
| 07/19/19 | 24 | Weisenburgh Co., Inc.<br>C/O E. Russell March, III<br>P.O. Box 1988<br>Mobile, AL 36633 | Admin. Exp. - Rent (post-petition)<br>July 2019 rent, per Order entered 05/20/19 (Doc. 78) | 2410-000 | | $6,122.00 | $753,252.36 |
| 08/21/19 | 15 | Alabama Home Builders Self Insurers Fund<br>c/o Construction Claims Management, Inc.<br>P.O. Box 244202<br>Montgomery, AL 36124-4202 | Insurance Proceeds<br>Surplus dividend for fund years 2008, 2009, 2010, 2011, 2014, 2015, 2016 | 1229-000 | $12,417.61 | | $765,669.97 |
| 11/07/19 | | Mobile Area Water and Sewer System<br>P.O. Box 180249<br>Mobile, AL 36618-0249 | Return of Funds by Payee or Creditor (Partial)<br>refund credit balance from closure of utilities account | 2690-000 | | ($30.86) | $765,700.83 |
| 12/13/19 | 25 | Karen F. Swanson<br>1477 Hunters Court<br>Mobile, Al 36695 | Admin. Exp. - Other Professional Compensation<br>Reversal<br>Typo in amount (omitted $0.50) | 3731-000 | | ($27,752.00) | $793,452.83 |
| 12/13/19 | 25 | Karen F. Swanson<br>1477 Hunters Court<br>Mobile, Al 36695 | Admin. Exp. - Other Professional Compensation<br>Per Order entered 12/12/19 (Doc. 121)<br><br>[immediately canceled and replaced by Check #27 due to typo in amount] | 3731-000 | | $27,752.00 | $765,700.83 |
| 12/13/19 | 26 | Philip R. Cahoon<br>700 Providence Estates Drive W.<br>Mobile, AL 36695 | Admin. Exp. - Other Professional Compensation<br>Per Order entered 12/12/19 (Doc. 122) | 3731-000 | | $46,115.00 | $719,585.83 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-10447  
Case Name: Centralite Systems Inc.  
Taxpayer ID No: XX-XXX4745  
For Period Ending: 11/03/2022  

Trustee Name: D. Parker Sweet  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0603  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/19 | 27 | Karen F. Swanson<br>1477 Hunters Court<br>Mobile, Al 36695 | Admin. Exp. - Other Professional Compensation<br>Per Order entered 12/12/19 (Doc. 121)<br><br>*replaces voided check #25* | 3731-000 | | $27,752.50 | $691,833.33 |
| 01/20/20 | 28 | Warren Averett<br>Attn: Accounts Receivable<br>2500 Acton Road<br>Birmingham, AL 35243 | Admin. Exp. - Accountant Compensation<br>Invoice #1236080<br>per Order entered 01/07/20 (Doc. 127) | 3410-000 | | $8,250.00 | $683,583.33 |
| 03/13/20 | 2 | Hancock Whitney Bank<br>25 W. I-65 Service Road North<br>Mobile, AL 36608 | Liquidation of Non-Exempt Deposit Account Funds<br>Turnover of remaining funds by bank | 1129-000 | $863.81 | | $684,447.14 |
| 03/27/20 | 15 | Alabama Home Builders Self Insurers Fund<br>c/o Construction Claims Management, Inc.<br>P.O. Box 24402<br>Montgomery, AL 36124-4202 | Refund of Unearned Portion of Insurance Premiums<br>application of safety credit to 2019 policy year<br>ck #1018168 | 1229-000 | $61.92 | | $684,509.06 |
| 03/27/20 | 29 | Teddy J. Faust, Jr.<br>Baldwin County Revenue Commission<br>P O Box 1549<br>Bay Minette, AL 36507 | Admin. Exp. - State/Local Taxes, Fees, or Assessments<br>Ad valorem taxes for tax year 2019<br>PPIN: 220395<br>Parcel # 61-06-14-0-000-001.078 | 2820-000 | | $341.47 | $684,167.59 |
| 10/15/20 | 15 | Alabama Home Builders Self Insurers Fund<br>P.O. Box 244202<br>Montgomery, AL 36124-4202 | Insurance Proceeds<br>Surplus dividends from 2010, 2011, and 2012 fund years, less late fee<br>ck #1025118 | 1229-000 | $5,037.92 | | $689,205.51 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $687.32 | $688,518.19 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $760.25 | $687,757.94 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-10447 | Trustee Name: D. Parker Sweet |
| Case Name: Centralite Systems Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0603 |
| | Checking |
| Taxpayer ID No: XX-XXX4745 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 11/03/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $734.89 | $687,023.05 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $758.60 | $686,264.45 |
| 06/03/21 | 16 | Cunningham Bounds, LLC P.O. Box 66705 Mobile, AL 36660 | BP Oil Spill Settlement Proceeds forwarded by Special Counsel, per Order entered 02/05/21 (Doc. 141) | 1249-000 | $915.14 | | $687,179.59 |
| 06/03/21 | 30 | Cunningham Bounds, LLC P.O. Box 66705 Mobile, AL 36660 | Admin. Exp. - Special Counsel comp./expense per Order entered 02/05/21 (Doc. 143) | 3210-000 | | $137.27 | $687,042.32 |
| 06/24/21 | 31 | Leisure Lake Property Owners Association 22617 Tranquil Lane Foley, AL 36535 | Admin. Exp. - POA Dues/Fees/Assessments HOA dues and assessments for real property owned by the estate Approved and disbursement authorized by Order entered 06/21/21 (Doc. 155) | 2990-000 | | $3,225.00 | $683,817.32 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $733.76 | $683,083.56 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $754.20 | $682,329.36 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $753.39 | $681,575.97 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $728.26 | $680,847.71 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $751.73 | $680,095.98 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-10447 | Trustee Name: | D. Parker Sweet |
| Case Name: | Centralite Systems Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0603 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4745 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/03/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $726.68 | $679,369.30 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $750.10 | $678,619.20 |
| 01/21/22 | 32 | Leisure Lake Property Owners Association 22617 Tranquil Lane Foley, AL 36535 | Admin. Exp. - POA Dues/Fees/Assessments HOA dues for 2022 (first half) for real property owned by the estate, per Order entered 06/21/21 (Doc. 155) | 2990-000 | | $210.00 | $678,409.20 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $749.32 | $677,659.88 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $675.81 | $676,984.07 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $747.46 | $676,236.61 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $722.55 | $675,514.06 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $745.87 | $674,768.19 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $720.99 | $674,047.20 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 19-10447 | Trustee Name: | D. Parker Sweet |
| Case Name: Centralite Systems Inc. | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0603 |
| | | Checking |
| Taxpayer ID No: XX-XXX4745 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: 11/03/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/22 | 33 | Leisure Lake Property Owners Association<br>22617 Tranquil Lane<br>Foley, AL 36535 | Admin. Exp. - POA Dues/Fees/Assessments semi-annual HOA dues plus lawn maintenance charges for real property owned by the estate, per Order entered 06/21/21 (Doc. 155)<br><br>Invoices #01/6267, 01/6442, and 01/6445 | 2990-000 | | $310.00 | $673,737.20 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $744.09 | $672,993.11 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $743.06 | $672,250.05 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $718.29 | $671,531.76 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $741.50 | $670,790.26 |
| 11/03/22 | 34 | Leisure Lake Property Owners Association<br>22617 Tranquil Lane<br>Foley, AL 36535 | Admin. Exp. - POA Dues/Fees/Assessments HOA assessment for lawn maintenance for real property owned by the estate, per Order entered 06/21/21 (Doc. 155) | 2990-000 | | $200.00 | $670,590.26 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $808,892.57 | $138,302.31 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $808,892.57 | $138,302.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $808,892.57 | $138,302.31 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0603 - Checking | $808,892.57 | $138,302.31 | $670,590.26 |
|  | $808,892.57 | $138,302.31 | $670,590.26 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $808,892.57 |
| Total Gross Receipts: | $808,892.57 |

Trustee Signature:  /s/ D. Parker Sweet   Date: 11/03/2022

D. Parker Sweet
Chapter 7 Bankruptcy Trustee
P.O. Box 537
Daphne, AL 36526
(251)626-3322
trustee@sweetlawalabama.com